UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.                                CASE NO: 2:22-cv-01128-ACA

MAIN STREET VILLAGE, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, **Melissa Fendley**, and Defendant, **Main Street Village, Inc.**, by and through undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 7th day of February, 2023.

_____    _____
Edward I. Zwilling, Esq.                  Stephen Grimes, Esq.
Attorney for Plaintiff                      Attorney for Defendant
Law Office of Edward I. Zwilling, LLC    Law Office of Stephen Grimes
4000 Eagle Point Corporate Dr.          1106 Main Street, P. O. Box 463
Birmingham, Alabama, 35242            Gardendale, AL  35071
Telephone: (205) 822-2701              Telephone: 205-631-4814